UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                    Chapter 11 Cases

QSGI, INC.,                                               Case No.: 09-23658-EPK
QSGI-CCSI, INC.                                           Case No.: 09-23659-EPK
QUAL TECH SERVICES GROUP, INC.                            Case No.: 09-23660-EPK

        Debtors.

_____/                         Jointly Administered

**SUMMARY OF SECOND AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS
BY SHRAIBERG, FERRARA & LANDAU, P.A.**

1.    Name of Applicant: Shraiberg, Ferrara & Landau, P.A.

2.    Role of Applicant: Counsel for the Debtors

3.    Name of Certifying Professional: Philip J. Landau, Esq.

4.    Date Case Filed: July 2, 2009

5.    Date of Application for Employment: July 6, 2009

6.    Date of Order Approving Employment: July 7, 2009

7.    If Debtor's counsel, date of Disclosure of Compensation form: July 2, 2009

8.    Date of this Application: August 17, 2010

9.    Dates of Services Covered: October 10, 2009 through July 31, 2010

**FEES:**

10.   Total Fee Requested for this Period (from Exhibit "1")          $32,264.00

11.   Balance Remaining in Fee Retainer Account, not yet
      Awarded                                                         $0.00

12.   Fees Paid or Advanced for this Period, by other sources         $0.00

13.   **NET AMOUNT OF FEES REQUESTED FOR THIS PERIOD          $32,264.00**

**EXPENSES:**

14. Total Expense Reimbursement Requested for this Period $\underline{\$1,536.93}$

15. Balance Remaining in Expense Retainer Account, not yet Received $\underline{\$0.00}$

16. Expenses Paid for this Period by the Debtor $\underline{\$0.00}$

17. Expenses Paid or Advanced for this Period, by other sources $\underline{\$0.00}$

18. **NET AMOUNT OF EXPENSES REQUESTED FOR THIS PERIOD** $\underline{\mathbf{\$1,536.93}}$

19. Gross Award Requested for this Period (#10 + #14) $\underline{\mathbf{\$33,800.93}}$

20. **NET AWARD REQUESTED FOR THIS PERIOD (#13 + #18)** $\underline{\mathbf{\$33,800.93}}$

21. If <u>FINAL</u> Fee Application, amounts of Net Awards Requested in Interim Applications but <u>not previously awarded</u> (total from History of Fees and Expenses, following pages): $\underline{\$37,908.10}$

22. Final Fees and Expense award requested (#19 + #21) $\underline{\mathbf{\$71,709.03}}$

## HISTORY OF FEES AND EXPENSES

1. Dates, sources and amounts of retainers received:

| <u>Dates</u> | <u>Sources</u> | <u>Amounts</u> | <u>For Fees or Costs?</u> |
|---|---|---|---|
| 7/01/09 | **Ontario Creditor Corp.** | **$21,000.00** | **Attorney Fee Retainer** |
| 7/01/09 | **Verified Systems Solutions** | **$38,000.00** | **Attorney Fee Retainer** |
| 7/10/09 | **DPV, Inc.** | **$20,390.10** | **Attorney Fee Retainer** |
| | | | |

2. Dates, sources and amounts of third party payments received:

| <u>Dates</u> | <u>Sources</u> | <u>Amounts</u> | <u>For Fees or Costs?</u> |
|---|---|---|---|
| 10/05/09 | **Victory Park Management** | **$20,429.85** | **Professional fee carve-out** |
| 09/09/09 | **Deposit from Buyer, SMS Maintenance, LLC** | **$23,000.00** | **Earmarked for professional fees carve-out** |
| 11/03/09 | **Berger Singerman (counsel for Victory Park)** | **$60,891.14** | **Professional fee carve-out** |
| 03/10/10 | **Deposit from Buyer & Berger Singerman (counsel for Victory Park)** | **$25,654.00** | **Professional fee carve-out** |

3.  Prior Fee and Expense Awards:  **The Applicant was awarded $164,285.07 for fees and costs with a 20% holdback on fees in the amount of $37,908.10 on December 31, 2009 for the time period covering July 2, 2009 through October 9, 2009.**  *See* **D.E. 194.**

## FIRST INTERIM FEE APPLICATION

Dates covered by First Interim Fee Application:  July 2, 2009 through October 9, 2009

| | |
|---|---|
| Amount of fees requested: | $189,540.50 |
| Amount of costs requested: | $12,652.67 |
| **Total fees and costs requested:** | **$202,193.17** |
| | |
| Amount of fees awarded: | $151,632.40 |
| 20% Holdback ($37,908.10) | |
| Amount of costs awarded: | $12,652.67 |
| **Total fees and costs awarded:** | **$164,285.07** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 11 Cases |
| QSGI, INC., | Case No.: 09-23658-EPK |
| QSGI-CCSI, INC. | Case No.: 09-23659-EPK |
| QUAL TECH SERVICES GROUP, INC. | Case No.: 09-23660-EPK |
| Debtors. | |
| _____/ | Jointly Administered |

## SECOND AND FINAL APPLICATION FOR ALLOWANCE OF
## COMPENSATION AND REIMBURSEMENT OF EXPENSES

Philip J. Landau, Esq. and the Law Firm of Shraiberg, Ferrara & Landau, P.A., attorneys

for the Debtors, QSGI, Inc., QSGI-CCSI, Inc. and QualTech Services Group, Inc. (the

"**Applicant**" or "**SFL**"), apply for compensation for fees for services rendered and costs incurred

in this Chapter 11 proceeding from October 10, 2009 through July 31, 2010.  This *Second and*

*Final Application for Allowance of Compensation and Reimbursement of Expenses* (the

"**Application**") is filed pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016, Federal Rules of

Bankruptcy Procedure, and meets all of the requirements set forth in the Guidelines incorporated

in Local Rule 2016-1(B)(1).  The Applicant also seeks a final award of the interim fees and costs

awarded on the *First Interim Application for Compensation and Reimbursement of Expenses as*

*Counsel for the Debtors* [D.E. 170], as well as all fees applied for in the prior interim fee

application that were subject to the 20% "holdback" routinely imposed by the Court.  Finally, the

Applicant seeks authority to apply $10,035.30 of the professional fee carve-out made by Victory

Park Management, LLC ("**Victory Park**") to the final award of fees and costs in favor of the

Applicant.  The Exhibits attached to this Fee Application, pursuant to the Guidelines, are:

Exhibit "**1A-1B**" - Summary of Professional and Paraprofessional Time;

**Exhibit "2"** - Summary of Requested Reimbursements of Expenses;

**Exhibit "3"**– The Applicant's complete time records, in chronological order, by date, for the time period covered by this Application. The requested fees are itemized to the tenth of an hour.

## I. THE GENERAL NATURE AND THE SERVICES RENDERED

On July 2, 2009, the debtors, QSGI, Inc., QSGI-CCSI, Inc. and QualTech Services Group, Inc. (collectively the "**Debtors**") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. Shortly thereafter, on July 7, 2009, the Court entered an Order directing that the cases of QSGI-CCSI, INC., Case No. 09-23659-BKC-PGH, and QUALTECH SERVICES GROUP, INC., Case No. 09-23660-BKC-EPK be jointly administered under the Lead Case No. 09-23658-BKC-EPK. *See* D.E. 15. On July 7, 2009, this Court entered an *Interim Order Approving the Employment of the Law Firm of Shraiberg, Ferrara & Landau, P.A. as Counsel for the Debtor in Possession Nunc Pro Tunc to Petition Date* (D.E. 17). This Application requests an award of compensation from the estate for the period October 10, 2009 through July 31, 2010 (the "**Application Period**").

During the Application Period, the Applicant rendered extensive and necessary services for and on behalf of the Debtors. The Applicant is an established law firm having substantial experience in bankruptcy and commercial law and litigation. A summary description of the services provided by the Applicant is summarized below as the basis for the fees requested herein:

1. **Case Administration:** The Applicant has had numerous communications with the Debtors regarding the overall administration of this case. The Applicant has reviewed all documents filed in this case. Among other things, the Applicant expended time advising the Debtors of its obligations and responsibilities in complying with the Bankruptcy Code and has attended all hearings.

2. **Document Production:**   The Applicant had several conversations with the Debtors regarding the location of the documents responsive to John R. Riconda's *Notice of 2004 Examination Duces Tecum*.  Additionally, the Applicant reviewed all of the documents produced by the Debtors and prepared a response to said request.

3. **Compromising Controversies:**   Victory Park Management, LLC ("**Victory Park**") asserted certain direct claims against the directors and officers of the Debtors covered under the Debtors' D&O Policy.  The Applicant assisted in the ultimate settlement with Victory Park, and on April 19, 2010, the Applicant filed the *Joint Motion for Approval of Settlement Agreement between the Debtors and Victory Park Management, LLC* [D.E. 230], which was approved by this Court on May 27, 2010.  *See* D.E. 259.

4. **Response to Abandonment of CCSI Stock:**   The Applicant contested John R. Riconda's ("**JR**") motion to compel abandonment of the stock of QSGI-CCSI, Inc. by filing a response in opposition to said motion.  *See* D.E. 222 & 231.  Ultimately, the Applicant and JR entered into a settlement agreement to resolve their disputes.  *See Joint Motion for Approval of Settlement Agreement between Debtors and John Riconda pursuant to Fed. R. Bankr. P. 9019 and Local Rule 9013-1(D)* [D.E. 284], which was approved on August 9, 2010. *See* D.E. 289.

5. **Business Operations:**   The Applicant spent a significant amount of time working with management and aiding them in the continuance and preservation of their company while in Chapter 11.

6. **Monthly Operating Reports:**   The Applicant assisted the Debtors' principal in the completion of the required monthly operating reports and the amount of the outstanding United States Trustee's fees.  The Applicant reviewed all monthly operating reports and had same filed.

7. **United States Trustee's Dismissal Motion:**  On April 1, 2010, The United States Trustee sought dismissal or conversion of the Debtors' Chapter 11 case (the "**Dismissal Motion**").  *See* D.E. 224.  The Applicant opposed the relief sought by the Trustee and negotiated with the Trustee to resolve same.  Thereafter, the United States Trustee withdrew the Dismissal Motion.  *See* D.E. 279.

8. **Employment and Fee Applications:**  The Applicant prepared and prosecuted the *First Interim Application for Compensation and Reimbursement of Expenses as Counsel for the Debtors*.  *See* D.E. 170.  Additionally, the Applicant prepared this Application.

## II. EVALUATION OF SERVICES RENDERED BY THE APPLICANT

The Applicant believes that the requested fee of $30,726.50 for 230.65 hours worked is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), as follows:

1. The Time and Labor required;
2. The Novelty and Difficulty of the Services Rendered;
3. The Skill Requisite to Perform the Services properly;
4. The Preclusion of other Employment by the Professional due to Acceptance of the Case;
5. The Customary Fee;
6. Whether the fee is Fixed or Contingent;
7. Time Limitations imposed by the Client or Other Circumstances;
8. The Amount involved and the Results obtained;
9. The Experience, Reputation and Ability of the Professional;
10. The Undesirability of the Case;
11. The Nature and Length of the Professional Relationship of the client; and
12. Awards in Similar Cases

## THE TIME AND LABOR REQUIRED

1.    The attached Exhibits show that your Applicant has devoted not less than 107.7 hours of time to servicing the Debtors and their estates from October 10, 2009 through July 31, 2010.

## THE NOVELTY AND DIFFICULTY OF THE SERVICE

2.    The legal questions arising in the representation of the Debtors to date were not novel or difficult, but they did require the exercise of skillful application of Bankruptcy Code provisions relating to the matters considered.

## THE SKILL REQUISITE TO PERFORM THE SERVICES PROPERLY

3.    In order to perform the legal services enumerated herein properly, substantive legal knowledge in the fields of bankruptcy, commercial law, and the duties and powers of debtors were required.

Philip J. Landau has been primarily responsible for handling the matters for which Applicant seeks compensation herein. Phil Landau is an attorney licensed to practice law in the State of Florida; the Commonwealth of Virginia; and the United States District Court for the Southern and Middle Districts of Florida.  He has been selected as an "up and coming" attorney among South Florida's top lawyers in Florida Trend's Florida Legal Elite.  Prior to forming the law firm of Shraiberg, Ferrara & Landau, P.A., Mr. Landau was a Shareholder at Akerman Senterfitt.  Mr. Landau also served as a law clerk to the Hon. Paul G. Hyman, Jr., U.S. Bankruptcy Judge for the Southern District of Florida from 2001-2002.  He received his law degree from the University of Richmond where he was an editor on the University of Richmond Law Review.

The Applicant has substantial experience in bankruptcy matters representing debtors, creditors' committees, trustees and creditors in Chapter 7 and 11 proceedings. In fact, Mr. Landau has represented numerous other debtors, trustees and creditors before this Court.

Other attorneys in the Applicant's office advised and assisted the Applicant. Their assistance in this matter has resulted in a lesser expenditure to, and benefit to, the estate as a result of their knowledge and experience in this area.

## THE PRECLUSION OF OTHER EMPLOYMENT BY THE PROFESSIONAL DUE TO THE ACCEPTANCE OF THE CASE

4.      The Applicant is aware of no other specific employment which was precluded as a result of its accepting this case; however, due to the time spent of this case, the Applicant was unable to devote that time to other matters, therein preventing the Applicant from billing and collecting fees in other cases.

## THE CUSTOMARY FEE

5.      The rates charged by the Applicant as set forth in Exhibit "1" are customary for attorneys within the District and the Southern District of Florida of similar skill and reputation.

6.      For services of the type rendered herein where those services were performed for a private client, the Applicant would charge a reasonable fee for services rendered, on an hourly rate or, in addition, a contingent or fixed fee basis. The fee requested by the Applicant is comparable to those fees which would be charged to a private client for similar services rendered by your Applicant.

## FIXED OR CONTINGENT FEE

7.      The rates charged by your Applicant as set forth in the attached exhibit is well within the range charged by attorneys in the Southern District of Florida of similar skill and reputation in the area of bankruptcy and commercial law.

**TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES**.

8.      The Applicant is not aware of any time limitations imposed by the Debtors in this case.  However, the case has required the Applicant to spend significant time in conducting all the normal debtor representation activity and the work required in attempting to organize a major reorganization effort.

## EXPERIENCE, REPUTATION AND ABILITY OF APPLICANT

9.      The Applicant and Mr. Landau regularly represent trustees, debtors and creditors before the Court.  It is believed that Mr. Landau and Shraiberg, Ferrara & Landau, P.A. have a respectable reputation in the legal profession in the Southern District of Florida in general, and in bankruptcy matters in particular.  The experience, reputation and ability of the Applicant are appropriate matters for consideration in determining the fee to be awarded.

## THE UNDESIRABILITY OF THE CASE

10.     The Applicant did not and does not find it undesirable to represent these Debtors, or any party in any form of bankruptcy proceeding.

## THE NATURE AND LENGTH OF THE
## PROFESSIONAL RELATIONSHIP WITH THE CLIENT

11.     The Applicant does not represent these Debtors in other matters or bankruptcy proceedings.

## AWARDS IN SIMILAR CASES

12.     The amount requested by the Applicant is not unreasonable in terms of awards in cases of like magnitude and complexity.  The fees required by the Applicant comport with the mandate of the Code, which directs that services be evaluated in the light of comparable services performed in bankruptcy cases in the community.

**WHEREFORE**, the Applicant, SHRAIBERG, FERRARA & LANDAU, P.A., seeks an award of fees and costs in the amount of $33,800.93 during the Application Period; a final award of the interim fees and costs awarded on the *First Interim Application for Compensation and Reimbursement of Expenses as Counsel for the Debtors*, and all fees and costs applied for in the prior interim fee application that was subject to the 20% "holdback," authority to apply $10,035.30 of the professional fee carve-out made by Victory Park to the final award of fees and costs in favor of the Applicant, and for such other relief as this Court deems just and appropriate.    The Applicant reserves the right to file a Supplemental Application for services rendered on behalf of the Debtors to the conclusion of Debtors' affairs.

Shraiberg, Ferrara & Landau, P.A.
Attorneys for the Debtors
2385 N.W. Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone:  (561) 443-0800
Facsimile:   (561) 998-0047
Email: plandau@sfl-pa.com

By:   /s/ Philip J. Landau
           Philip J. Landau
           Fla. Bar No. 504017
           John E. Page
           Fla. Bar No. 0860581

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on August 17, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document with all Exhibits is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

## ATTORNEY CERTIFICATION

I **HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1.

Respectfully Submitted,

Shraiberg, Ferrara & Landau, P.A.
Attorneys for the Debtors
2385 N.W. Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
Email: plandau@sfl-pa.com

By:___/s/ Philip J. Landau_____
        Philip J. Landau
        Fla. Bar No. 504017
        John E. Page
        Fla. Bar No. 0860581

## CERTIFICATION

1.      I have been designated by Shraiberg, Ferrara & Landau, P.A. (the "**Applicant**") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "**Guidelines**").

2.      I have read the Applicant's Application for Compensation and Reimbursement of Expenses (the "**Application**"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this Certification and described in the Application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described on Exhibit "1," the Applicant is seeking reimbursement only for the actual expenditure and has not marked-up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.      In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Application to third party.

6.      The following are the variances with the provisions of the Guidelines, the date of each Court Order approving the variance, and the justification for the variance: NONE.

Dated: August 17, 2010

Shraiberg, Ferrara & Landau, P.A.
Attorneys for the Debtors
2385 N.W. Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
Email: plandau@sfl-pa.com

By:    /s/ Philip J. Landau
            Philip J. Landau
            Fla. Bar No. 504017
            John E. Page
            Fla. Bar No. 0860581

EXHIBIT 1A

CUMULATIVE SUMMARY OF PROFESSIONAL
AND PARAPROFESSIONAL TIME

1.    **FINAL APPLICATION**

**PROFESSIONALS**:

| Name (Partner or Associate) | Year Licensed | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| Partners | | | | |
| Bradley S. Shraiberg | 2001 | 0.5 | 425.00 | 212.50 |
| Philip J. Landau | 1997 | 6.7 | 415.00 | 2,780.50 |
| Philip J. Landau | 1997 | 6.3 | 395.00 | 2,488.50 |
| Associates | | | | |
| John E. Page | 2004 | 42.20 | 325.00 | 13,715.00 |
| John E. Page | 2004 | 22.4 | 275.00 | 6,160.00 |
| Lenore M. Rosetto | 2009 | 7.90 | 250.00 | 1,975.00 |
| Lenore M. Rosetto | 2009 | 8.2 | 225.00 | 1,845.00 |
| Bernice C. Lee | 2009 | 1.0 | 275.00 | 275.00 |
| Bernice C. Lee | 2009 | 12.5 | 225.00 | 2,812.50 |
| TOTAL | | 107.7 | | $32,264.00 |

**EXHIBIT 1B**
**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL**
**BY ACTIVITY CODE CATEGORY**

**ACTIVITY CODE CATEGORY: Case Administration**

| Name (Partner or Associate) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Bradley S. Shraiberg | 0.2 | 425.00 | 85.00 |
| Philip J. Landau | 3.0 | 415.00 | 1,245.00 |
| Philip J. Landau | 3.2 | 395.00 | 1,264.00 |
| John E. Page | 19.8 | 325.00 | 6435.00 |
| John E. Page | 18.8 | 275.00 | 5,170.00 |
| Lenore M. Rosetto | 0.4 | 250.00 | 100.00 |
| Lenore M. Rosetto | 6.5 | 225.00 | 1,462.50 |
| Bernice C. Lee | 0.0 | 275.00 | 0.00 |
| Bernice C. Lee | 0.0 | 225.00 | 0.00 |
| **Matter Totals:** | **51.9** | | **$15,761.50** |

**ACTIVITY CODE CATEGORY: Asset Analysis & Recovery**

| Name (Partner or Associate) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Bradley S. Shraiberg | 0.1 | 425.00 | 42.50 |
| Philip J. Landau | 0.0 | 415.00 | 0.00 |
| Philip J. Landau | 0.0 | 395.00 | 0.00 |
| John E. Page | 0.0 | 325.00 | 0.00 |
| John E. Page | 0.0 | 275.00 | 0.00 |
| Lenore M. Rosetto | 0.0 | 250.00 | 0.00 |
| Lenore M. Rosetto | 0.0 | 225.00 | 0.00 |
| Bernice C. Lee | 0.7 | 275.00 | 192.50 |
| Bernice C. Lee | 0.0 | 225.00 | 0.00 |
| **Matter Totals:** | **0.8** | | **$235.00** |

**ACTIVITY CODE CATEGORY: Asset Disposition**

| Name (Partner or Associate) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Bradley S. Shraiberg | 0.2 | 425.00 | 85.00 |
| Philip J. Landau | 1.4 | 415.00 | 581.00 |
| Philip J. Landau | 0.0 | 395.00 | 0.00 |
| John E. Page | 3.6 | 325.00 | 1,170.00 |
| John E. Page | 0.8 | 275.00 | 220.00 |
| Lenore M. Rosetto | 0.0 | 250.00 | 0.00 |
| Lenore M. Rosetto | 0.0 | 225.00 | 0.00 |
| Bernice C. Lee | 0.0 | 275.00 | 0.00 |
| Bernice C. Lee | 0.0 | 225.00 | 0.00 |
| **Matter Totals:** | **6.0** | | **$2,056.00** |

**ACTIVITY CODE CATEGORY:  Relief from Stay/Adequate Protection Proceedings**

| Name (Partner or Associate) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Bradley S. Shraiberg | 0.0 | 425.00 | 0.00 |
| Philip J. Landau | 0.0 | 415.00 | 0.00 |
| Philip J. Landau | 0.0 | 395.00 | 0.00 |
| John E. Page | 0.3 | 325.00 | 97.50 |
| John E. Page | 0.4 | 275.00 | 110.00 |
| Lenore M. Rosetto | 0.0 | 250.00 | 0.00 |
| Lenore M. Rosetto | 0.0 | 225.00 | 0.00 |
| Bernice C. Lee | 0.0 | 275.00 | 0.00 |
| Bernice C. Lee | 0.0 | 225.00 | 0.00 |
| **Matter Totals:** | **0.7** | | **$207.50** |

**ACTIVITY CODE CATEGORY**: Fee/Employment Applications

| Name (Partner or Associate) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Bradley S. Shraiberg | 0.0 | 425.00 | 0.00 |
| Philip J. Landau | 0.0 | 415.00 | 0.00 |
| Philip J. Landau | 1.7 | 395.00 | 671.50 |
| John E. Page | 0.0 | 325.00 | 0.00 |
| John E. Page | 0.8 | 275.00 | 220.00 |
| Lenore M. Rosetto | 5.3 | 250.00 | 1325.00 |
| Lenore M. Rosetto | 1.7 | 225.00 | 382.50 |
| Bernice C. Lee | 0.0 | 275.00 | 0.00 |
| Bernice C. Lee | 12.5 | 225.00 | 2,812.50 |
| **Matter Totals:** | **22.0** | | **$5,411.50** |

**ACTIVITY CODE CATEGORY:  Assumption/Rejection of Leases and Contracts**

| Name (Partner or Associate) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Bradley S. Shraiberg | 0.0 | 425.00 | 0.00 |
| Philip J. Landau | 0.0 | 415.00 | 0.00 |
| Philip J. Landau | 0.0 | 395.00 | 0.00 |
| John E. Page | 0.0 | 325.00 | 0.00 |
| John E. Page | 0.5 | 275.00 | 137.50 |
| Lenore M. Rosetto | 0.0 | 250.00 | 0.00 |
| Lenore M. Rosetto | 0.0 | 225.00 | 0.00 |
| Bernice C. Lee | 0.0 | 275.00 | 0.00 |
| Bernice C. Lee | 0.0 | 225.00 | 0.00 |
| **Matter Totals:** | **0.5** | | **$137.50** |

**ACTIVITY CODE CATEGORY:** Other Contested Matters (excluding assumption/rejection contracts)

| Name (Partner or Associate) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Bradley S. Shraiberg | 0.0 | 425.00 | 0.00 |
| Philip J. Landau | 1.7 | 415.00 | 705.50 |
| Philip J. Landau | 1.4 | 395.00 | 553.00 |
| John E. Page | 17.5 | 325.00 | 5687.50 |
| John E. Page | 0.0 | 275.00 | 0.00 |
| Lenore M. Rosetto | 0.0 | 250.00 | 0.00 |
| Lenore M. Rosetto | 0.0 | 225.00 | 0.00 |
| Bernice C. Lee | 0.0 | 275.00 | 0.00 |
| Bernice C. Lee | 0.0 | 225.00 | 0.00 |
| **Matter Totals:** | **20.6** | | **$6,946.00** |

**ACTIVITY CODE CATEGORY:** Financing/Cash Collections

| Name (Partner or Associate) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Bradley S. Shraiberg | 0.0 | 425.00 | 0.00 |
| Philip J. Landau | 0.0 | 415.00 | 0.00 |
| Philip J. Landau | 0.0 | 395.00 | 0.00 |
| John E. Page | 0.0 | 325.00 | 0.00 |
| John E. Page | 0.0 | 275.00 | 0.00 |
| Lenore M. Rosetto | 0.0 | 250.00 | 0.00 |
| Lenore M. Rosetto | 0.0 | 225.00 | 0.00 |
| Bernice C. Lee | 0.0 | 275.00 | 0.00 |
| Bernice C. Lee | 0.0 | 225.00 | 0.00 |
| **Matter Totals:** | **0.0** | | **$0.00** |

**ACTIVITY CODE CATEGORY**: Claims and Plan

| Name (Partner or Associate) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Bradley S. Shraiberg | 0.0 | 425.00 | 0.00 |
| Philip J. Landau | 0.0 | 415.00 | 0.00 |
| Philip J. Landau | 0.0 | 395.00 | 0.00 |
| John E. Page | 0.0 | 325.00 | 0.00 |
| John E. Page | 0.0 | 275.00 | 0.00 |
| Lenore M. Rosetto | 2.2 | 250.00 | 550.00 |
| Lenore M. Rosetto | 0.0 | 225.00 | 0.00 |
| Bernice C. Lee | 0.0 | 275.00 | 0.00 |
| Bernice C. Lee | 0.0 | 225.00 | 0.00 |
| **Matter Totals:** | **2.2** | | **$550.00** |

**ACTIVITY CODE CATEGORY**: Business Operations & Avoidance Action Analysis

| Name (Partner or Associate) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Bradley S. Shraiberg | 0.0 | 425.00 | 0.00 |
| Philip J. Landau | 0.6 | 415.00 | 249.00 |
| Philip J. Landau | 0.0 | 395.00 | 0.00 |
| John E. Page | 0.0 | 325.00 | 0.00 |
| John E. Page | 0.0 | 275.00 | 0.00 |
| Lenore M. Rosetto | 0.0 | 250.00 | 0.00 |
| Lenore M. Rosetto | 0.0 | 225.00 | 0.00 |
| Bernice C. Lee | 0.0 | 275.00 | 0.00 |
| Bernice C. Lee | 0.0 | 225.00 | 0.00 |
| **Matter Totals:** | **0.6** | | **$249.00** |

**ACTIVITY CODE CATEGORY**: Plan and Disclosure Statement

| Name (Partner or Associate) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Bradley S. Shraiberg | 0.0 | 425.00 | 0.00 |
| Philip J. Landau | 0.0 | 415.00 | 0.00 |
| Philip J. Landau | 0.0 | 395.00 | 0.00 |
| John E. Page | 1.0 | 325.00 | 325.00 |
| John E. Page | 0.0 | 275.00 | 0.00 |
| Lenore M. Rosetto | 0.0 | 250.00 | 0.00 |
| Lenore M. Rosetto | 0.0 | 225.00 | 0.00 |
| Bernice C. Lee | 0.3 | 275.00 | 82.50 |
| Bernice C. Lee | 0.0 | 225.00 | 0.00 |
| **Matter Totals:** | **1.3** | | **$407.50** |

**ACTIVITY CODE CATEGORY**: Claims Administration and Objections

| Name (Partner or Associate) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Bradley S. Shraiberg | 0.0 | 425.00 | 0.00 |
| Philip J. Landau | 0.0 | 415.00 | 0.00 |
| Philip J. Landau | 0.0 | 395.00 | 0.00 |
| John E. Page | 0.0 | 325.00 | 0.00 |
| John E. Page | 1.1 | 275.00 | 302.50 |
| Lenore M. Rosetto | 0.0 | 250.00 | 0.00 |
| Lenore M. Rosetto | 0.0 | 225.00 | 0.00 |
| Bernice C. Lee | 0.0 | 275.00 | 0.00 |
| Bernice C. Lee | 0.0 | 225.00 | 0.00 |
| **Matter Totals:** | **1.1** | | **$302.50** |

**EXHIBIT 2**

**SUMMARY OF REQUESTED TOTAL REIMBURSEMENT OF EXPENSES
AND DISBURSEMENTS PREPARED IN ACCORDANCE WITH
AND ALLOWABLE UNDER THE GUIDELINES FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN THE SOUTHERN
DISTRICT OF FLORIDA BANKRUPTCY CASES**

| Description | Application |
|---|---|
| Filing Fees | 0.00 |
| Process Service Fees | 0.00 |
| Witness Fees | 0.00 |
| Court Reporter & Transcripts | 0.00 |
| Lien and Title Searches | 0.00 |
| Photocopies | 1,016.55 |
| Postage | 453.38 |
| Overnight Delivery Charges | 0.00 |
| Outside Courier or Messenger Services | 0.00 |
| Long Distance Telephone Charges | 0.00 |
| Fax Transmissions | 0.00 |
| Computerized Research | 0.00 |
| Out of Southern District of Florida Travel | 0.00 |
| Other /Courthouse parking | 0.00 |
| Advances—Court filing fees; court call fees' court fees; and court reporters | 67.00 |
| **TOTAL "GROSS AMOUNT OF REQUESTED DISBURSEMENTS** | **$1,536.93** |

| Primary Tmkpr: | Bradley S. Shraiberg | Return To: _____ | ☐ On Hold - Do not Bill |
| Reviewed By: _____ | | Review Date: _____ | ☐ Reprint with Edits |
| Notes: _____ | | | ☐ Released to Bill |

QSGI, Inc.; QSGI-CCSI; Qualtech

|  | Statement Date: | August 9, 2010 |
|  | Statement No. | 2238 |
|  | Account No. | 1160.000 |

EXHIBIT 3

Page: 1

RE: Chapter 11

**PreBill/Draft**

### Fees

| Date | Tmkpr | | | Description | Rate | Hours | |
|------|-------|--|--|-------------|------|-------|--|
| **10/12/2009** | | | | | | | |
| | JEP | B110 | A107 | Phone conversations with and e-mails to and from counsel for ADP, Richard Cartoon, Craig Heilman and Scott Zemnick | 275.00 | 1.10 | 302.50 |
| | JEP | B110 | A107 | Payroll: Phone conversations with ADP's counsel and former employees regarding funding of payroll. | 275.00 | 0.50 | 137.50 |
| **10/13/2009** | | | | | | | |
| | BCL | B160 | A103 | Draft/revise fee application | 225.00 | 1.30 | 292.50 |
| **10/14/2009** | | | | | | | |
| | PJL | B110 | A101 | Several calls and emails regarding payroll, taxes and record storage. | 395.00 | 0.70 | 276.50 |
| | JEP | B185 | A104 | Lease Rejection Orders: Reviewed revised orders to insure that lessors have 30 days to file claims for rejection damages. | 275.00 | 0.30 | 82.50 |
| **10/19/2009** | | | | | | | |
| | LR | B160 | A103 | Preparing monthly letter for payment and appropriate exhibits | 225.00 | 1.30 | 292.50 |
| | JEP | B160 | A104 | Reviewed September Monthly Statement | 275.00 | 0.70 | 192.50 |
| **10/21/2009** | | | | | | | |
| | BCL | B160 | A103 | Draft/revise fee application | 225.00 | 1.70 | 382.50 |
| **10/22/2009** | | | | | | | |
| | BCL | B160 | A103 | Draft/revise fee application | 225.00 | 2.80 | 630.00 |
| | BCL | B160 | A105 | Communicate (in firm) with staff regarding fees/costs already paid that need to be accounted for | 225.00 | 0.20 | 45.00 |
| **0/26/2009** | | | | | | | |
| | BCL | B160 | A103 | Draft/revise fee application and exhibits | 225.00 | 5.00 | 1,125.00 |

QSGI, Inc.; QSGI-CCSI; Qualtech
Account No.  1160.000
RE:   Chapter 11

Statement Date:   08/09/2010
Statement No.        2238
Page No.                  2

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| JEP | B185 | A107 | Phone conversation with Dolphin Capital regarding rejection of  water cooler lease. | 275.00 | 0.20 | 55.00 |
| **10/27/2009** | | | | | | |
| BSS | B110 | A106 | Telephone conference with J. Berman regarding: selling any potential lawsuit against VPC | 425.00 | 0.20 | 85.00 |
| PJL | B160 | A101 | Confer with B. Lee regarding First Fee Application. | 395.00 | 0.30 | 118.50 |
| BCL | B160 | A104 | Review/analyze client trust account information | 225.00 | 0.20 | 45.00 |
| **10/28/2009** | | | | | | |
| PJL | B110 | A101 | Confer with M. Sherman regarding document retention. | 395.00 | 0.40 | 158.00 |
| BSS | B120 | A106 | E-mail from and to client regarding: offer to purchase lawsuits against VPC | 425.00 | 0.10 | 42.50 |
| **10/30/2009** | | | | | | |
| BCL | B160 | A103 | Draft/revise/finalize fee application and exhibits | 225.00 | 0.80 | 180.00 |
| **11/01/2009** | | | | | | |
| BSS | B130 | A106 | E-mail from and to J. Berman regarding: sale of claims | 425.00 | 0.10 | 42.50 |
| **11/02/2009** | | | | | | |
| BSS | B130 | A106 | Telephone conference with J. Berman regarding: purchasing lawsuits | 425.00 | 0.10 | 42.50 |
| BCL | B160 | A103 | Review fee application with P. Landau; finalize fee application and related exhibits | 225.00 | 0.50 | 112.50 |
| **11/05/2009** | | | | | | |
| JEP | B110 | A107 | Phone conversation with counsel for the New Jersey landlord regarding remaining boxes at New Jersey location and e-mail to interested parties concerning same | 275.00 | 0.20 | 55.00 |
| **11/09/2009** | | | | | | |
| JEP | B110 | A105 | Met with Phil Landau to discuss closing case and conducted a conference call with Howard Berlin. | 275.00 | 0.40 | 110.00 |
| JEP | B110 | A106 | Phone conversation with Marc Sherman and e-mails to and from Richard Cartoon and Marc Sherman regarding outstanding issues including storage of documents; completion of monthly operating reports and completion of taxes. | 275.00 | 0.50 | 137.50 |

QSGI, Inc.; QSGI-CCSI; Qualtech
Account No.  1160.000
RE:   Chapter 11

Statement Date:    08/09/2010
Statement No.          2238
Page No.                      3

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| **11/10/2009** | | | | | | |
| JEP | B110 | A106 | Conference Call with Marc Sherman discussing exit strategy and remaining administrative tasks | 275.00 | 1.50 | 412.50 |
| JEP | B110 | A107 | E-mails to and from and phone conversation with Gloria Buckley regarding storage of documents at New Jersey facility. | 275.00 | 0.30 | 82.50 |
| JEP | B110 | A106 | Phone conversation with Marc Sherman discussing payment of storage costs and for gathering of documents for storage. | 275.00 | 0.20 | 55.00 |
| **11/11/2009** | | | | | | |
| JEP | B110 | A106 | Conference call with the client regarding storage of documents and completion of monthly operating reports. | 275.00 | 0.50 | 137.50 |
| JEP | B110 | A107 | E-mailed Howard Berlin and Scott Zemnick requesting authority to pay storage costs and the cost to prepare the monthly operating report from the non-professional administrative carveout. | 275.00 | 0.30 | 82.50 |
| **11/12/2009** | | | | | | |
| PJL | B110 | A101 | Emails with H. Berlin regarding closing of case and admin expenses. | 395.00 | 0.30 | 118.50 |
| **11/16/2009** | | | | | | |
| JEP | B110 | A107 | Phone conversation with Marc Sherman discussing remaining administrative issues and e-mail to Howard Berlin concerning same. | 275.00 | 0.60 | 165.00 |
| **11/18/2009** | | | | | | |
| PJL | B190 | A101 | Confer with J. Berman regarding Motion to Compel. | 395.00 | 0.40 | 158.00 |
| JEP | B110 | A101 | Prepared for Status Conference. | 275.00 | 0.20 | 55.00 |
| JEP | B110 | A107 | E-mails to and from Alan Berger concerning 2004 Exam of the Debtor. | 275.00 | 0.20 | 55.00 |
| JEP | B110 | A105 | Discussed case with Phil Landau | 275.00 | 0.30 | 82.50 |
| JEP | B110 | A107 | Phone conversation with Howard Berlin discussing status conference in QSGI. | 275.00 | 0.30 | 82.50 |
| **1/19/2009** | | | | | | |
| LR | B160 | A103 | Preparing monthly statement for October | 225.00 | 0.40 | 90.00 |
| PJL | B190 | A101 | Attend telephonic hearing regarding Riconda motion to compel and stay relief motion regarding D&O Insurance. | 395.00 | 0.40 | 158.00 |
| JEP | B110 | A101 | Prepared for Status Conference | 275.00 | 0.30 | 82.50 |
| JEP | B110 | A109 | Attended Status Conference | 275.00 | 1.40 | 385.00 |

QSGI, Inc.; QSGI-CCSI; Qualtech
Account No.  1160.000
RE:   Chapter 11

Statement Date:   08/09/2010
Statement No.         2238
Page No.                   4

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| **11/24/2009** | | | | | | |
| JEP | B110 | A107 | Phone conversations with Iron Mountain and e-mails to and from Glorida Buckley discussing storage of documents at New Jersey location. | 275.00 | 0.30 | 82.50 |
| **11/25/2009** | | | | | | |
| JEP | B140 | A106 | Conference call with Marc Sherman discussing purchase of the public shell | 275.00 | 0.40 | 110.00 |
| **11/30/2009** | | | | | | |
| JEP | B110 | A107 | Respond to Josh Berman's e-mail regarding production of documents for 2004 Exam | 275.00 | 0.20 | 55.00 |
| **12/02/2009** | | | | | | |
| JEP | B130 | A106 | E-mails to and from the client discussing 363 sale of the public shell. | 275.00 | 0.30 | 82.50 |
| **12/03/2009** | | | | | | |
| PJL | B160 | A101 | Attend hearing on first interim fee applications. | 395.00 | 1.40 | 553.00 |
| JEP | B160 | A107 | E-mail to and from Heidi Feinman confirming that Debtor's counsel is on monthly fee statements. | 275.00 | 0.10 | 27.50 |
| **12/04/2009** | | | | | | |
| JEP | B110 | A107 | Phone conversations with the client, Josh Berman and e-mails to the New Jersey landlord and Tina Talarchyk discussing production of documents in response to request for production from Riconda. | 275.00 | 1.10 | 302.50 |
| JEP | B110 | A106 | Phone conversation with Marc Sherman and Alan Berger discussing response to John Riconda's document request. | 275.00 | 0.90 | 247.50 |
| JEP | B110 | A107 | E-mail to Tina Talarchyk discussing production of documents in response to Riconda's request. | 275.00 | 0.50 | 137.50 |
| **2/07/2009** | | | | | | |
| JEP | B110 | A107 | E-mails to and from the client and Josh Berman regarding production of documents in response to subpoena duces tecum issued by John Riconda. Also researched procedural method of selling public shells. | 275.00 | 1.80 | 495.00 |

QSGI, Inc.; QSGI-CCSI; Qualtech
Account No.  1160.000
RE:   Chapter 11

Statement Date:    08/09/2010
Statement No.         2238
Page No.                   5

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| **12/08/2009** | | | | | | |
| LR | B110 | A103 | Preparing documents for Riconda's document request | 225.00 | 1.90 | 427.50 |
| JEP | B110 | A107 | Phone conversation with Marc Sherman and e-mails to and from Howard Berlin and Josh Berman discussing costs of recreating the server for the purpose of searching for documents responsive to Riconda's document request. | 275.00 | 0.70 | 192.50 |
| JEP | B110 | A108 | Phone conversation with and e-mails to and from John Chalus regarding the data room and documents responsive to Riconda's request. | 275.00 | 0.80 | 220.00 |
| JEP | B110 | A106 | Phone conversations with Marc Sherman discussing December 11th deposition and met with Lenore Rosetto to discuss response to Riconda's document request. | 275.00 | 0.90 | 247.50 |
| **12/09/2009** | | | | | | |
| LR | B110 | A104 | Gathering, reviewing and preparing documents in response to Riconda's request for documents | 225.00 | 2.60 | 585.00 |
| LR | B110 | A103 | Preparing response to Riconda's request for production | 225.00 | 1.30 | 292.50 |
| LR | B110 | A103 | Preparing order granting SFL's application for compensation | 225.00 | 0.30 | 67.50 |
| LR | B110 | A103 | Preparing order granting application for compensation of Kinetic Advisors, LLC | 225.00 | 0.30 | 67.50 |
| JEP | B110 | A104 | Reviewed response to request for production. | 275.00 | 0.30 | 82.50 |
| JEP | B110 | A104 | Reviewed response to request for production. | 275.00 | 0.70 | 192.50 |
| **12/11/2009** | | | | | | |
| JEP | B110 | A107 | Phone call with Nordi Vergara, Department of Labor, acting assistant director discussing payment of QSGI employees' last paychecks | 275.00 | 0.50 | 137.50 |
| JEP | B110 | A107 | E-mailed ADP's Motion for Administrative Expense to the department of labor. | 275.00 | 0.20 | 55.00 |
| JEP | B110 | A106 | E-mailed all documents produced to Riconda to the client. | 275.00 | 1.10 | 302.50 |
| **2/16/2009** | | | | | | |
| LR | B110 | A108 | Telephone conversation with creditor of QSGI regarding potential distribution to unsecured creditors | 225.00 | 0.10 | 22.50 |

QSGI, Inc.; QSGI-CCSI; Qualtech
Account No.  1160.000
RE:   Chapter 11

Statement Date:    08/09/2010
Statement No.           2238
Page No.                      6

| Date | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| 12/17/2009 | | | | | | |
| JEP | B310 | A109 | Attended hearing on ADP's application for administrative expense. | 275.00 | 1.10 | 302.50 |
| 12/23/2009 | | | | | | |
| PJL | B190 | A101 | Review SEC subpoena; confer with M. Sherman regarding same. | 395.00 | 0.60 | 237.00 |
| 12/24/2009 | | | | | | |
| PJL | B110 | A101 | Plan and Prepare for and attend conference call with M. Sherman regarding SEC subpoena and closing of bankruptcy case. | 395.00 | 1.80 | 711.00 |
| 12/30/2009 | | | | | | |
| JEP | B130 | A104 | Reviewed ADP administrative expense order and sale orders and requested confirmation that ADP wire instructions were correct. | 275.00 | 0.50 | 137.50 |
| 01/14/2010 | | | | | | |
| PJL | B110 | A101 | Calls with N. Searby regarding SEC investigation. | 415.00 | 0.40 | 166.00 |
| 01/15/2010 | | | | | | |
| BCL | B320 | A104 | Review/analyze motion to extend deadline to file plan and disclosure statement | 275.00 | 0.30 | 82.50 |
| 01/28/2010 | | | | | | |
| PJL | B110 | A101 | Attend hearing on motion to extend plan deadline. | 415.00 | 1.20 | 498.00 |
| JEP | B110 | A104 | Reviewed trust account statements in order to prepare October - December DIP Reports | 325.00 | 0.60 | 195.00 |
| JEP | B130 | A107 | Conference call with Brad Shraiberg and Tina Talarchyk discussing motion to approve payment of $50k to McDonald Hopkins to respond to SEC subpoena. | 325.00 | 0.30 | 97.50 |
| 02/01/2010 | | | | | | |
| JEP | B130 | A103 | Prepared motion to authorize disbursement of 50k to McDonald Hopkins to respond to SEC subpoena | 325.00 | 1.50 | 487.50 |
| 02/09/2010 | | | | | | |
| JEP | B110 | A104 | Reviewed Iron Mountain contract and e-mailed counsel for the landlord to coordinate pick up date. | 325.00 | 0.40 | 130.00 |
| JEP | B110 | A108 | E-mails to and from the client and counsel | | | |

QSGI, Inc.; QSGI-CCSI; Qualtech
Account No.  1160.000
RE:   Chapter 11

Statement Date:   08/09/2010
Statement No.        2238
Page No.                  7

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| | | | for the landlord discussing pickup of documents stored in the New Jersey warehouse. | 325.00 | 0.30 | 97.50 |
| 02/18/2010 PJL | B110 | A101 | Prepare for and attend hearing on motion for admin expense to McDonald Hopkins. | 415.00 | 1.00 | 415.00 |
| 02/22/2010 PJL | B190 | A101 | Emails with Sherman regarding documents.  Emails with T. Talarchyck regarding same.  Confer with J. Page regarding same. | 415.00 | 1.20 | 498.00 |
| 03/01/2010 JEP | B320 | A106 | Phone conversation with Marc Sherman discussing whether to extend the deadline to file a Chapter 11 Plan. | 325.00 | 0.60 | 195.00 |
| 03/03/2010 JEP | B110 | A108 | Phone conversation with Marc Sherman discussing documents in New Jersey and follow up calls to Iron Mountain | 325.00 | 0.30 | 97.50 |
| 03/10/2010 JEP | B110 | A107 | Phone conversation with counsel for the SEC discussing status of case: | 325.00 | 0.20 | 65.00 |
| 03/11/2010 JEP | B110 | A106 | E-mail to the client discussing status of pickup of documents in storage in New Jersey. | 325.00 | 0.10 | 32.50 |
| 03/16/2010 JEP | B110 | A108 | Phone conversations with Iron Mountain discussing pick up of documents in New Jersey and phone conversations with Heidi Feinman and the client regarding motion to dismiss and whether the Debtor is in a position to file a plan. | 325.00 | 0.50 | 162.50 |
| 04/06/2010 JEP | B320 | A106 | Phone conversation with Dave Meynarez discussing absolute priorty rule. | 325.00 | 0.40 | 130.00 |
| 04/14/2010 JEP | B110 | A108 | Multiple E-mails to and from and phone conversations with Iron Mountain, counsel for the New Jersey landlord and the client | | | |

QSGI, Inc.; QSGI-CCSI; Qualtech
Account No.  1160.000
RE:   Chapter 11

Statement Date:    08/09/2010
Statement No.          2238
Page No.                    8

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| | | | regarding storage and transportation of documents in New Jersey to Florida. | 325.00 | 1.10 | 357.50 |
| **04/20/2010** | | | | | | |
| LR | B300 | A103 | Preparing omnibus objection to duplicative claims and preparing claims analysis | 250.00 | 2.20 | 550.00 |
| JEP | B130 | A107 | Phone call with Alan Berger and the client discussing motion to compel abandonment of QSGI-CCSI stock. | 325.00 | 0.30 | 97.50 |
| JEP | B190 | A107 | Phone conversation with Alan Berger discussing dismissal hearing. | 325.00 | 0.40 | 130.00 |
| **04/21/2010** | | | | | | |
| PJL | B130 | A101 | Several conferences with A. Burger regarding abandonment of CCSI stock. | 415.00 | 1.40 | 581.00 |
| JEP | B190 | A107 | E-mails to and from counsel for John Riconda confirming continuance of motion to compel abandonment of CCSI stock. | 325.00 | 0.20 | 65.00 |
| **04/28/2010** | | | | | | |
| JEP | B130 | A107 | Conference call with counsel for Marc Sherman and John Riconda discussing settlement of abandonment motion | 325.00 | 0.40 | 130.00 |
| **04/29/2010** | | | | | | |
| JEP | B130 | A109 | Attended hearing on John Riconda's motion to compel abandonment. | 325.00 | 1.10 | 357.50 |
| JEP | B140 | A107 | Phone conversation with Arthur Neiwicth discussing whether the Debtor will consent to stay relief. | 325.00 | 0.20 | 65.00 |
| JEP | B190 | A107 | E-mails to and from Tina Talarchyk discussing strategy regarding hearing on Riconda's motion to compel abandonment of CCSI stock. | 325.00 | 0.40 | 130.00 |
| **05/03/2010** | | | | | | |
| JEP | B190 | A107 | E-mails to and from counsel for John Riconda discussing scheduling of evidentiary hearing on motion to compel abandonment of CCSI stock. | 325.00 | 0.30 | 97.50 |
| **05/04/2010** | | | | | | |
| PJL | B110 | A101 | Conference call with A. Burger and M. Sherman regarding case status. | 415.00 | 0.40 | 166.00 |
| **05/11/2010** | | | | | | |
| JEP | B100 | A104 | Reviewed DIP Reports | 325.00 | 0.30 | 97.50 |
| JEP | B190 | A107 | Phone conversation with Heidi Feinman discussing the US Trustee's motion to | | | |

QSGI, Inc.; QSGI-CCSI; Qualtech
Account No.  1160.000
RE:   Chapter 11

Statement Date:    08/09/2010
Statement No.          2238
Page No.                      9

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| | | | dismiss and remaining funds for the unsecured creditors and non-professional administrative careveout | 325.00 | 0.30 | 97.50 |
| JEP | B140 | A107 | Reviewed revised DIP reports | 325.00 | 0.10 | 32.50 |
| JEP | B190 | A107 | Conference call with Phil Landau and Heidi Feinman discussing hearing on the US trustee's motion to dismiss | 325.00 | 0.50 | 162.50 |
| JEP | B110 | A106 | Responded to Marc Sherman's e-mail regarding remaining funds held in trust | 325.00 | 0.20 | 65.00 |
| JEP | B190 | A108 | E-mails to and from Heidi Feinman and the client discussing hearing on motion to dismiss and completion of DIP reports. | 325.00 | 0.50 | 162.50 |
| 05/12/2010 | | | | | | |
| JEP | B110 | A107 | Multiple e-mails and phone conversations with the US Trustee's office, the client and Tina Talarchyk regarding completion of monthly operating reports and amount of outstanding UST fees. Also reviewed all outstanding DIP reports and had same filed. | 325.00 | 2.10 | 682.50 |
| JEP | B110 | A107 | E-mailed final amount of outstanding UST fees to Tina Talarchyk and Marc Sherman and discussed the debtors' position to seek dismissal of the instant cases. | 325.00 | 0.50 | 162.50 |
| 05/13/2010 | | | | | | |
| JEP | B190 | A101 | Prepared for hearing on motion to approve settlement and the U.S. Trustee's motion to dismiss. | 325.00 | 0.70 | 227.50 |
| JEP | B190 | A109 | Attended hearing on motion to approve settlement and the U.S. Trustee's motion to dismiss. | 325.00 | 0.50 | 162.50 |
| JEP | B110 | A106 | E-mails to and from the client discussing $50k remaining in Qualtech DIP account according to September monthly operating report. | 325.00 | 0.30 | 97.50 |
| 05/17/2010 | | | | | | |
| JEP | B190 | A107 | E-mails to and from interested parties regarding preparation of proposed order on motion to approve settlement. | 325.00 | 0.30 | 97.50 |
| JEP | B110 | A106 | E-mails to and from counsel for the New Jersey landlord and the client regarding pick up of documents in New Jersey warehouse. | 325.00 | 0.20 | 65.00 |
| 05/18/2010 | | | | | | |
| JEP | B110 | A108 | Conference call with Phil Landau and Alan | | | |

QSGI, Inc.; QSGI-CCSI; Qualtech
Account No. 1160.000
RE: Chapter 11

Statement Date:    08/09/2010
Statement No.        2238
Page No.            10

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| JEP | B110 | A107 | Burger discussing whether to convert the case to Chapter 7. Circulated Order authorizing rejection of New Jersey warehouse lease. | 325.00 | 0.30 | 97.50 |
| | | | Responded to e-mail from Alan Burger regarding documents related to the closing of the sales, DIP bank account information and back-up documentation related to the firm's trust ledger. | 325.00 | 0.30 | 97.50 |
| 05/19/2010 | | | | | | |
| JEP | B190 | A103 | Revised order approving settlement with Victory Park regarding D&O policy. | 325.00 | 0.90 | 292.50 |
| JEP | B110 | A108 | Multiple phone conversations with the client discussing DIP reports and requested certain closing documents from counsel for the purchaser. | 325.00 | 1.20 | 390.00 |
| JEP | B190 | A108 | Phone conversations with Scott Zemnick and Heidi Feinman discussing revision suggested by Scott Zemnick. | 325.00 | 0.60 | 195.00 |
| JEP | B190 | A108 | Circulated language proposed by the SEC to all interested parties regarding the order approving the settlement between Victory Park, the Debtors and the D&O insurance carrier. | 325.00 | 0.20 | 65.00 |
| 05/21/2010 | | | | | | |
| JEP | B190 | A103 | Revised proposed order based upon comments from Scott Zemnick and counsel for the SEC. | 325.00 | 0.50 | 162.50 |
| 05/24/2010 | | | | | | |
| JEP | B110 | A106 | Responded to e-mail from the client requesting closing documents and sale order in order for September DIP report to be completed. | 325.00 | 0.50 | 162.50 |
| 05/25/2010 | | | | | | |
| BCL | B120 | A103 | Draft/revise demand letter to accountants for return of payment | 275.00 | 0.70 | 192.50 |
| JEP | B110 | A106 | Phone conversation with Marc Sherman discussing request to extend the deadline to file DIP Reports until June 10. | 325.00 | 0.50 | 162.50 |
| JEP | B110 | A106 | E-mail to Heidi Feinman requesting through June 10 to complete DIP reports. | 325.00 | 0.20 | 65.00 |
| 05/26/2010 | | | | | | |
| JEP | B190 | A107 | Phone conversation with Heidi Feinman and e-mail to the client confirming | | | |

QSGI, Inc.; QSGI-CCSI; Qualtech
Account No.  1160.000
RE:   Chapter 11

Statement Date:    08/09/2010
Statement No.          2238
Page No.                   11

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| | | | continuation of motion to dismiss hearing to June 10. | 325.00 | 0.50 | 162.50 |
| JEP | B110 | A104 | Reviewed DIP Monthly Operating Reports | 325.00 | 0.90 | 292.50 |
| 05/27/2010 | | | | | | |
| JEP | B190 | A106 | E-mails to and from the client regarding the hearing on the motion to dismiss, completion of DIP monthly operating reports and demand letter to the accountants. | 325.00 | 0.90 | 292.50 |
| JEP | B110 | A104 | Reviewed DIP monthly operating reports | 325.00 | 0.90 | 292.50 |
| JEP | B190 | A108 | Phone conversation with and e-mail to the client and Alan Berger regarding continuation of hearing on motion to dismiss and discovery cutoff on motion to compel abandonment. | 325.00 | 0.20 | 65.00 |
| JEP | B190 | A109 | Attended hearing on the UST's motion to dismiss. | 325.00 | 0.50 | 162.50 |
| 06/03/2010 | | | | | | |
| JEP | B190 | A107 | Phone conversation with Arthur Neiwirth and e-mail interested parties confirming that the Debtor has no objection to a continuance of the hearing on the motion to compel abandonment. | 325.00 | 0.30 | 97.50 |
| PJL | B190 | A101 | Review multiple emails regarding Riconda. | 415.00 | 0.50 | 207.50 |
| 06/09/2010 | | | | | | |
| JEP | B110 | A107 | Phone conversation with Heidi Feinman discussing outstanding DIP Reports. | 325.00 | 0.10 | 32.50 |
| JEP | B110 | A104 | Reviewed demand letter to send to accountants | 325.00 | 0.20 | 65.00 |
| JEP | B110 | A104 | Reviewed DIP reports. | 325.00 | 1.20 | 390.00 |
| JEP | B110 | A104 | Reviewed February and March DIP reports. | 325.00 | 0.70 | 227.50 |
| JEP | B110 | A106 | E-mails to and from the client discussing DIP Reports and status of the U.S. Trustee's motion to dismiss. | 325.00 | 0.60 | 195.00 |
| 06/10/2010 | | | | | | |
| PJL | B210 | A101 | Several calls and emails with M. Sherman regarding operation of business. | 415.00 | 0.60 | 249.00 |
| JEP | B110 | A108 | Multiple phone conversations with the client and Heidi Feinman discussing DIP Reports, the Debtor operating going forward and potential for Chapter 11 reorganization. | 325.00 | 2.50 | 812.50 |
| JEP | B190 | A109 | Attended hearing on the UST's motion to | | | |

QSGI, Inc.; QSGI-CCSI; Qualtech
Account No.  1160.000
RE:   Chapter 11

Statement Date:    08/09/2010
Statement No.           2238
Page No.                    12

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| | | | dismiss case. | 325.00 | 0.30 | 97.50 |
| JEP | B190 | A106 | E-mail to the client providing a status report on the hearing on the motion to dismiss. | 325.00 | 0.10 | 32.50 |
| **06/14/2010** | | | | | | |
| JEP | B110 | A107 | Phone conversation with counsel for the SEC discussing status of case. | 325.00 | 0.20 | 65.00 |
| **06/15/2010** | | | | | | |
| JEP | B110 | A106 | E-mails to and from the client discussing DIP Reports. | 325.00 | 0.50 | 162.50 |
| **06/22/2010** | | | | | | |
| JEP | B110 | A106 | Phone conversation with the client discussing whether SFL made a claim against Liberty Mutual and discussed strategy with respect to the hearing on the U.S. Trustee's motion to dismiss. | 325.00 | 0.30 | 97.50 |
| **06/23/2010** | | | | | | |
| JEP | B110 | A106 | Phone conversation with Dave Meynarez discussing May monthly operating report. | 325.00 | 0.10 | 32.50 |
| JEP | B110 | A104 | Reviewed DIP Reports | 325.00 | 0.50 | 162.50 |
| JEP | B190 | A104 | Reviewed Marc Sherman's power point presentation regarding Chapter 11 reorganization plan. | 325.00 | 0.90 | 292.50 |
| JEP | B190 | A106 | Conference call with the client regarding hearing on motion to dismiss. | 325.00 | 1.10 | 357.50 |
| **06/24/2010** | | | | | | |
| JEP | B190 | A107 | Phone conversation with Heidi Feinman discussing the Debtor's power point presentation regarding potential Chapter 11 plan of reorganization. | 325.00 | 0.20 | 65.00 |
| JEP | B190 | A107 | E-mailed Heidi Feinman the Debtor's power point presentation regarding potential Chapter 11 plan of reorganization. | 325.00 | 0.10 | 32.50 |
| JEP | B190 | A101 | Prepared for hearing on the U.S. Trustee's Motion to Dismiss and John Riconda's Motion to Compel Abandonment. | 325.00 | 0.30 | 97.50 |
| JEP | B190 | A106 | Phone conversation with Marc Sherman discussing settlement with John Riconda and time to prepare a Chapter 11 plan. | 325.00 | 0.20 | 65.00 |
| JEP | B190 | A109 | Attended hearing on the U.S. Trustee's Motion to Dismiss and John Riconda's Motion o Compel Abandonment. | 325.00 | 0.60 | 195.00 |

QSGI, Inc.; QSGI-CCSI; Qualtech
Account No. 1160.000
RE: Chapter 11

Statement Date: 08/09/2010
Statement No. 2238
Page No. 13

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| **06/25/2010** | | | | | | |
| LR | B160 | A103 | Preparing SFL's application for compensation | 250.00 | 0.60 | 150.00 |
| LR | B160 | A103 | Preparing required exhibits to SFL's application for compensation | 250.00 | 0.90 | 225.00 |
| JEP | B190 | A103 | Reviewed and revised motion to approve settlement agreement. | 325.00 | 1.80 | 585.00 |
| **06/28/2010** | | | | | | |
| JEP | B190 | A104 | Reviewed revised motion to approve settlement agreement and circulated same. Multiple e-mails to and from Arthur Neiwirth and Josh Berman regarding the motion to approve settlement. | 325.00 | 1.20 | 390.00 |
| **06/29/2010** | | | | | | |
| JEP | B190 | A107 | Responded to Josh Berman's e-mail regarding the motion to approve settlement agreement and discussed same with Alan Burger. | 325.00 | 0.30 | 97.50 |
| JEP | B190 | A107 | Phone conversation with Josh Berman discussing revisions to Riconda settlement agreement. | 325.00 | 0.30 | 97.50 |
| JEP | B190 | A107 | Phone conversation with Alan Berger discussing changes proposed by Josh Berman. | 325.00 | 0.20 | 65.00 |
| **06/30/2010** | | | | | | |
| JEP | B190 | A103 | Revised proposed order based upon comments from Josh Berman. | 325.00 | 0.70 | 227.50 |
| **07/02/2010** | | | | | | |
| JEP | B190 | A107 | Phone conversations and e-mails to and from Alan Berger and Josh Berman concerning motion to approve settlement with Riconda. | 325.00 | 0.50 | 162.50 |
| **07/08/2010** | | | | | | |
| LR | B110 | A107 | Telephone conversation with Smith Realty regarding our omnibus objection to claim and email; correspondences regarding same | 250.00 | 0.30 | 75.00 |
| **07/09/2010** | | | | | | |
| LR | B110 | A107 | Email correspondence with counsel for Smith Realty regarding objection to claims | 250.00 | 0.10 | 25.00 |
| **07/13/2010** | | | | | | |
| JEP | B110 | A107 | Phone conversation with Alan Berger | | | |

QSGI, Inc.; QSGI-CCSI; Qualtech
Account No.  1160.000
RE:   Chapter 11

Statement Date:    08/09/2010
Statement No.    2238
Page No.    14

| Date | | | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| | | | | regarding turnover of server tapes. | 325.00 | 0.10 | 32.50 |
| 07/19/2010 | | | | | | | |
| | LR | B160 | A103 | Preparing exhibits to SFL's application for compensation | 250.00 | 1.80 | 450.00 |
| | LR | B160 | A103 | Preparing SFL's application for compensation and reviewing time records and docket for summary description of events in case | 250.00 | 1.30 | 325.00 |
| 07/20/2010 | | | | | | | |
| | LR | B160 | A103 | Finalizing SFL's application for compensation | 250.00 | 0.70 | 175.00 |
| 07/22/2010 | | | | | | | |
| | JEP | B110 | A104 | Reviewed DIP Reports and discussed same with Dave Meynarez. | 325.00 | 0.50 | 162.50 |
| 07/28/2010 | | | | | | | |
| | JEP | B110 | A104 | Reviewed DIP Reports. | 325.00 | 0.40 | 130.00 |
| | | | | For Current Services Rendered | | 107.70 | 32,264.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Bradley S. Shraiberg | 0.50 | $425.00 | $212.50 |
| Philip J. Landau | 6.30 | 395.00 | 2,488.50 |
| Philip J. Landau | 6.70 | 415.00 | 2,780.50 |
| John E. Page | 22.40 | 275.00 | 6,160.00 |
| John E. Page | 42.20 | 325.00 | 13,715.00 |
| Lenore Rosetto | 8.20 | 225.00 | 1,845.00 |
| Lenore Rosetto | 7.90 | 250.00 | 1,975.00 |
| Bernice C. Lee | 12.50 | 225.00 | 2,812.50 |
| Bernice C. Lee | 1.00 | 275.00 | 275.00 |

Expenses

| Date | | | Description | Amount |
|---|---|---|---|---|
| 06/30/2010 | B100 | E101 | Copying | 193.65 |
| 07/01/2010 | B100 | E108 | Postage | 188.69 |
| 07/06/2010 | B100 | E108 | Postage | 264.69 |
| 07/31/2010 | B100 | E101 | Copying | 822.90 |
| | | | Total Expenses | 1,469.93 |

Advances

| Date | | | Description | Amount |
|---|---|---|---|---|
| 05/13/2010 | B100 | E112 | Court Call | 37.00 |
| 06/10/2010 | B100 | E112 | Court Call | 30.00 |
| | | | Total Advances | 67.00 |

QSGI, Inc.; QSGI-CCSI; Qualtech
Account No.  1160.000
RE:   Chapter 11

Statement Date:   08/09/2010
Statement No.       2238
Page No.       15

### Total Current Work

33,800.93

### Balance Due

$33,800.93

### Billing History

| Fees | Hours | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|---|
| 191,273.00 | 599.05 | 13,322.82 | 3,486.00 | 0.00 | 174,280.89 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B100 | Administration | 97.50 | 1536.93 |
| B110 | Case Administration | 15664.00 | 0.00 |
| B120 | Asset Analysis and Recovery | 235.00 | 0.00 |
| B130 | Asset Disposition | 2056.00 | 0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 207.50 | 0.00 |
| B160 | Fee/Employment Applications | 5411.50 | 0.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 137.50 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 6946.00 | 0.00 |
| B100 | Administration | 30,755.00 | 1,536.93 |
| | | | |
| B210 | Business Operations | 249.00 | 0.00 |
| B200 | Operations | 249.00 | 0.00 |
| | | | |
| B300 | Claims and Plan | 550.00 | 0.00 |
| B310 | Claims Administration and Objections | 302.50 | 0.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 407.50 | 0.00 |
| B300 | Claims and Plan | 1,260.00 | 0.00 |

### Your trust account #1 balance is

| | |
|---|---|
| Opening Balance | $68,129.02 |
| Closing Balance | $68,129.02 |