

**ORDERED in the Southern District of Florida on October 05, 2010.**

_____
**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 11 Cases |
| QSGI, INC., | Case No.: 09-23658-EPK |
| QSGI-CCSI, INC. | Case No.: 09-23659-EPK |
| QUAL TECH SERVICES GROUP, INC. | Case No.: 09-23660-EPK |
| Debtors. _____/ | Jointly Administered |

**ORDER GRANTING SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR-IN-POSSESSION BY SHRAIBERG, FERRARA & LANDAU, P.A.**

**THIS MATTER** came before the Court for hearing on September 16, 2010 upon Shraiberg, Ferrara & Landau, P.A.'s ("**SFL**") *Second and Final Application for Compensation and Reimbursement of Expenses as Counsel for the Debtor-in-Possession* (the "**Application**") [D.E. 292], and the Court, having reviewed the Application, having taken into consideration 11 U.S.C. § 330 and each of the factors that govern the reasonableness of fees as set forth in *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977) and *Johnson v. Georgia*

*Highway Express*, 488 F.2d 714 (5th Cir. 1974) and being otherwise fully advised in the premises, it is:

**ORDERS AND ADJUDGES** as follows:

1.  The Application is **APPROVED**, and the award of fees and costs for services rendered by counsel on behalf of QSGI, Inc., QSGI-CCSI, Inc. and QualTech Services Group, Inc. (collectively the "**Debtors**") is as follows:

### FIRST INTERIM FEE APPLICATION

For the Time Period Covering:  July 2, 2009 through October 9, 2009

| | |
|---|---:|
| Requested fees | $189,540.50 |
| Requested costs | $12,652.67 |
| **TOTAL FEES AND COSTS REQUESTED** | **$202,193.17** |
| **TOTAL AWARDED FEES:** | **$151,632.40** |
| **TOTAL AWARDED COSTS:** | **$12,652.67** |
| **TOTAL PAID:** | **$164,285.07** |

### SECOND AND FINAL FEE APPLICATION

For the Time Period Covering:  October 10, 2009 through July 31, 2010

| | |
|---|---:|
| Requested Fees | $32,264.00 |
| Requested costs | $1,536.93 |
| **TOTAL FEES AND COSTS REQUESTED:** | **$33,800.93** |
| Requested Holdbacks: | $37,908.10 |
| **SECOND FEE AND EXPENSE AWARD REQUESTED:** | **$71,709.03** |
| **TOTAL FINAL FEE AND EXPENSE AWARD REQUESTED:** | **$235,994.10** |

2.  SFL is allowed a final fee and expense award of $235,994.10, of which $71,709.03 remains due and owing.

3.  SFL is authorized to apply $9,079.42 of the professional fee carve-out made by Victory Park Management, LLC ("**Victory Park**") to the $71,709.03 that remains due and owing.  Victory Park owes an additional $955.88 as part of the professional fee carve-out.  Upon

SFL's receipt of the $955.88 from Victory Park, SFL is authorized to apply said amount to the final fee and expense award.  Victory Park's payment of $955.88 to SFL shall complete Victory Park's obligation to fund the professional fee carve-out of $260,000 that was required by the two Orders approving the sale of substantially all of the Debtors' assets.  See docket entries 138 and 139.

4. In the event (i) the Debtors file a plan of reorganization in the instant cases, (ii) the Bankruptcy Court enters an order confirming such plan(s) of reorganization, and (iii) such confirmation order becomes final and no longer subject to any appeal or review, SFL agrees to be paid the outstanding amount of its final fee and expense award (the "**Outstanding Amount**") according to the following terms: (x) interest on the Outstanding Amount shall accrue monthly at a rate equal to eight percent (8%) per annum; (y) the principal and interest shall be paid in eight (8) equal installments, commencing 120 days after the date such plan(s) of reorganization is confirmed and continuing each 90 days thereafter until such principal and interest is paid in full in cash.  Solely in the event that the plan of reorganization filed by the Debtors includes the conditions set forth in the preceding sentence and no provisions inconsistent or contradictory with this Order, SFL will not object to or vote against the plan of reorganization.

# # #

**SUBMITTED BY:**
John E. Page, Esq.
Counsel for the Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Direct Line: (561) 433-0819
Facsimile: (561) 998-0047

Copy to: John E. Page, Esq., 2385 NW Executive Center Dr., Suite 300, Boca Raton, FL 33431.
[Attorney Page is directed to serve a copy of this Order upon all interested parties.]