IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                              Chapter 11

QSGI, INC.,                                                         Case No.: 09-23658-EPK
QSGI-CCSI, INC., and                                                Case No.: 09-23659-EPK
QUALTECH SERVICES GROUP, INC.,                                      Case No.: 09-23660-EPK
                                                                    Jointly Administered
        Debtors.
_____/

### EMERGENCY MOTION TO ADJOURN HEARING
### TO CONSIDER DEBTORS' PROPOSED DISCLOSURE STATEMENT

#### EMERGENCY HEARING REQUESTED BY DECEMBER 13, 2010

The Movants seek the entry of an order adjourning the hearing to consider Movants' proposed disclosure statement, currently scheduled for January 6, 2011, for no less than thirty days in order for Movants to address concerns with the disclosure statement raised by the United States Securities and Exchange Commission. Movants believe that a hearing must be held immediately as the current deadline to amend the Disclosure Statement is December 13, 2010 and the deadline to object to the disclosure statement is January 6, 2011. Local Rule 9075-1(B) is not applicable.

Debtors and debtors in possession QSGI, INC., QSGI-CCSI, INC. AND QUALTECH SERVICES GROUP, INC. (collectively the "Debtors"), through the undersigned, pursuant to Local Rules 5071-1 and 9075-1, respectfully moves this Court for an order adjourning the hearing to consider the Debtors' proposed joint disclosure statement for no less than thirty (30) days, and as grounds in support thereof state as follows:

#### BACKGROUND FACTS AND JURISDICTION

1.      On June 2, 2009, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code.

2.      On June 7, 2009, this Court entered an Order directing the case of QSGI-CCSI, INC. (09-23659-BKC-PGH) and QUAL TECH SERVICES GROUP, INC. (09-23660-BKC-

EPK), to be jointly administered under the lead case of QSGI, INC. having the case No. 09-23658-BKC-EPK.

3. The Debtors have been operating as debtors in possession since the filing of their petitions.

4. To date, no creditors' committee has been appointed in the Debtors' chapter 11 cases.

5. This Court has jurisdiction to hear the relief requested by this motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of the motion is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. §1408. The statutory predicates for the relief sought herein include §105 of the Bankruptcy Code and Local Bankruptcy Rules 5071-1 and 9075-1.

RELEVANT FACTS AND REQUEST FOR RELIEF

6. On October 8, 2010, the Debtors filed their proposed joint disclosure statement (the "Disclosure Statement") and related plan of reorganization (the "Plan").

7. On October 19, 2010, this Court entered an Order (i) Setting Hearing to Consider Approval Disclosure Statement; (ii) Setting Deadline For Filing Objections to Disclosure Statement; and (iii) Directing Plan Proponent to Serve Notice (the "Scheduling Order"). Under the Scheduling Order, the hearing to consider the approval of the Disclosure Statement was scheduled for December 2, 2010 and the deadline by which to file objections to the Disclosure Statement was set for November 25, 2010.

8. On November 16, 2010, the Debtors filed an Emergency Motion to Continue Hearing to Consider Debtors' Proposed Disclosure Statement.

9. On November 17, 2010, the Court entered an Order granting Debtors Emergency Motion to Continue Hearing to Consider Debtors' Proposed Disclosure Statement and set forth new deadlines for Debtors filing an amended disclosure statement and related plan to December 13, 2010. The Court also set a new disclosure hearing to January 13, 2010 and objections date (DE 350).

10. To date, the Debtors have received no filed objections to the proposed Disclosure Statement. However, the United States Securities and Exchange Commission (the "SEC") has communicated to the Debtors on December 10, 2010 via telephone additional concerns and outstanding concerns with respect to the Disclosure Statement and proposed Plan. In order to address these concerns and attempt to reach an acceptable compromise with the SEC (in the form of an amended disclosure statement and related Plan), the Debtors hereby request that the hearing to consider the Disclosure Statement be continued for approximately thirty (30) days, i.e. February 7, 2011. A hearing for the Court to consider confirmation of the Plan, along with the deadline to filing objections to the Plan, will be set once a form of the Disclosure Statement approved by the Court.

11. The Debtors intend to file amended Disclosure Statement and related plan no later than January 13, 2011. Therefore, the Debtors request that the Court also extend the deadline to file objections to the disclosure statement to no later than seven (7) days of the adjourned hearing date.

12. Debtors and the SEC seek to resolve their differences without the need for the filing of a formal objection, should the SEC find it necessary to do so. Hence, Debtors are moving by emergency motion in light of the current deadline of December 13, 2010.

13. While Local Rule 5071-1 does not require a hearing on this emergency motion, should the Court require a hearing, Debtors request that the Court schedule the hearing no later than December 13, 2010.

14. The Debtors previously requested a continuance of the Disclosure Statement hearing date in an effort to continue ongoing discussion to resolve the issues raised by the SEC.

15. Debtors have discussed this request with the Office of the United States Trustee, and the United States Trustee does not object to the requested relief sought herein.

16. This is the Debtors' second request for a continuance of the Disclosure Statement hearing date.

17. A proposed order granting the relief requested herein is attached hereto as Exhibit "A"

WHEREFORE, the undersigned respectfully requests this Honorable Court enter an order on an emergency basis granting the motion and continuing the hearing to consider the disclosure statement from the currently scheduled date of December 2, 2010 to no earlier than January 3, 2011.

I HEREBY CERTIFY that Debtors have made a bona fide effort to resolve this matter without a hearing.

I ALSO HEREBY CERTIFY that the Debtors consent to the continuance.

I ALSO HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(a).

Dated: December 10, 2010

Respectfully submitted,

Debtors' Counsel
MICHAEL A. KAUFMAN, P.A.
1655 Palm Beach Lakes Blvd, Suite 1012
West Palm Beach, FL 33401
Telephone: (561) 478-2878
Facsimile: (561) 584-5555

/s/ Michael A. Kaufman
MICHAEL A. KAUFMAN, ESQ.
FL Bar No.: 628042

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing or first class U.S. Mail to all persons on the attached service list on this 10th day of December, 2010.

/s/ Michael A. Kaufman
MICHAEL A. KAUFMAN, ESQ.
FL Bar No.: 628042
MICHAEL A. KAUFMAN, P.A.
1655 Palm Beach Lakes Boulevard, Suite 1012
West Palm Beach, FL 33401
Telephone: (561) 478-2878
Facsimile: (561) 584-5555

## SERVICE LIST

SERVICE LIST

Via CM/ECF on 12/10/10:

Howard J Berlin on behalf of Creditor Victory Park Credit Opportunities Master Fund Ltd
hberlin@bergersingerman.com, efile@bergersingerman.com,jalvarez@bergersingerman.com

Department of Revenue Michigan on behalf of Creditor State of Michigan, Department of Treasury
cochrans@michigan.gov

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Spencer Gollahon on behalf of Interested Party Geoff Smith
spencergollahon@earthlink.net

Philip J Landau on behalf of Debtor QSGI, Inc
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;lmelton@sfl-pa.com

Arthur C. Neiwirth on behalf of Creditor John Riconda
aneiwirthcourt@qpwblaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

John E Page on behalf of Debtor QSGI, Inc
jpage@sfl-pa.com, scusack@sfl-pa.com;lmelton@sfl-pa.com;lrosetto@sfl-pa.com

Brian G Rich on behalf of Creditor Victory Park Credit Opportunities Master Fund Ltd
brich@bergersingerman.com, efile@bergersingerman.com

Peter E Shapiro on behalf of Creditor CP 400 Royal Palm Way LLC
pshapiro@shutts.com

Bradley S Shraiberg on behalf of Debtor QSGI, Inc
bshraiberg@sfl-pa.com, lmelton@sfl-pa.com;lrosetto@sfl-pa.com;blee@sfl-pa.com

Tina M. Talarchyk on behalf of Creditor Robert Vanhellemont, Marc Sherman, Geoff Smith
ttalarchyk@mcdonaldhopkins.com

Via U.S. Mail on 12/10/10:
20 Largest:

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Amex c/o Jaffe
American Recovery Service Inc.
555 St. Charles Dr.
Suite 3C
Thousand Oaks, CA 91360

Cambridge Corp. Services
26 Broadway
Suite 929
New York, NY 10004

Chicago Mercantile Exchange
T Ciardiello, strategic source
20 S. Wacker
Chicago, IL 60606

Delaware Valley Packaging
1425 Wells Drive
PO Box 96
Bensalem, PA 19020

Dell Marketing, LP
One Dell Way
Mail Stop RR8-41
Round Rock, TX 78682

Donn Wagner
83 East Street
South Salem, NY 10590

HCL (Mass) Inc.
400 Crown Colony
Suite 500
Quincy, MA 02169-0930

IBM Credit Corp
North Castle Drive
Armonk, NY 10504

International Technical Support
Fieldgrove Farm
Holm Mead LAN
BS30 6HU, UK

Intuit, Inc.
5601 Headquarters Drive
Plano, TX 75024-5839

John R. Riconda
200 Knickerbocker Avenue
Bohemia, NY 11716-3158

Marc Sherman
241 Tradewinds Drive
Palm Beach, FL 33480

McDonald Hopkins Co., LLC
600 Superior Avenue, E
Suite 2100
Cleveland, OH 44114

Microsoft Licensing, GP
6100 Neil Road
Reno, NV 89511-1132

Morison Cogen LLP
150 Monument Road
Suite 500
Bala Cynwyd, PA 19004

Pike Capital Partners, (QP) LP
BNP Paribus Prime Brokerage
787 7th Ave. 8th FL- J Kirdahy
New York, NY 10019

Relay Health
Rae Brathwait
Director, Acquisition Int.
Alpharetta, GA 30004

Softential, Inc.
11 Penn Plaza
5th Floor
New York, NY 10001

The Hobart West Group
P.O. Box 785316
Philadelphia, PA 19178-5316

Parties Who Requested Notice:

70 Lake Drive LLC
C/o Trillium Realty Advisors
83 Princeton Ave #3C
Hopewell, NJ 08540

Joshua Berman
190 Willis Ave
Mineola, NY 11501

B John Casey
233 S Wacker Dr
Chicago, IL 60606

Jeffrey A Chadwick
Katten Muchin Rosenman LLP
525 W Monroe St
Chicago, IL 60661

Suann Cochran on behalf of Creditor State of Michigan, Department of Treasury
3030 W. Grand Blvd. #10-200
Detroit, MI 48202

Internal Revenue Service
Centralized Insolvency Operations
POB 21126
Philadelphia, PA 19114-0326

Douglas W Kassebaum on behalf of Creditor Ninety Fourth Street Associates, LLP
200 S 6 St #4000
Minneapolis, MN 55402

Ramona Neal on behalf of Creditor Hewlett-Packard Co.
11311 Chinden Blvd
M.S. 314
Boise, ID 83714
Sudhin Roy
C/o Kinetic Advisors LLC
845 3 Ave 6 FL
New York, NY 10022

Tina M Talarchyk on behalf of Interested Party Geoff Smith
505 South Flagler Dr #300
West Palm Beach, FL 33401

The Scullin Group
C/o Kate Steggerda
2005 Market St #3320
Philadelphia, PA 19103

Ms. Ramona Neal
Corporate Counsel
Hewlett-Packard Company
11311 Chinden Blvd., M.S. 314
Boise, ID 83714-0021

Mr. Ken Higman, Sr. Default & Recovery Analyst
Hewlett-Packyard Company
2125 E. Katella Ave.
Suite 400
Anaheim, CA 92806


Government Agencies:

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

U.S. Attorney for the Southern District of Florida
500 S. Australian Avenue
Suite 400
West Palm Beach, FL 33401

U.S. Security and Exchange Commission Headquarters
100 F. Street NE
Washington, DC 20549