UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| QSGI, INC. | Case No.: 09-23658-BKC-EPK |
| QSGI-CCSI, INC. | Case No.: 09-23659-BKC-EPK |
| QUAL TECH SERVICES GROUP, INC. | Case No.: 09-23660-BKC-EPK |
| | (Jointly Administered) |
| _____/ | |

**STATEMENT OF THE U.S. SECURITIES AND EXCHANGE COMMISSION
CONCERNING DEBTORS' AMENDED DISCLOSURE STATEMENT
AND PLAN OF REORGANIZATION, AND RESERVATION OF RIGHTS**

The United States Securities and Exchange Commission (the "SEC") hereby files this statement concerning the Debtors' joint amended disclosure statement and Chapter 11 plan of reorganization, filed on December 13, 2010, and reservation of rights with respect thereto.

1.  On October 8, 2010, the Debtors filed their initial joint disclosure statement and Chapter 11 plan of reorganization. Thereafter, SEC staff alerted Debtors' counsel, via letter, to a number of issues and concerns that SEC staff had with the disclosure statement and proposed reorganization plan. Debtors' counsel agreed to work with SEC staff to try to resolve those issues, and to that end, filed a motion requesting a minimum 30-day adjournment of the disclosure statement hearing. In its order granting the motion, the Court (i) ordered the Debtors to file their amended disclosure statement and Chapter 11 plan by December 13, 2010, (ii) continued the disclosure statement hearing to January 13, 2011, and (iii) set January 6, 2011 as the deadline for parties in interest to object to the adequacy of the disclosure statement. (Dkt. 350).

2.   On December 7, 2010, the Debtors provided SEC staff with a draft amended disclosure statement and plan of reorganization. The amended documents did not adequately resolve the issues and concerns raised by SEC staff. On December 10, 2010, SEC staff and Debtors' counsel had a telephone conference to discuss the staff's unresolved issues and concerns. Debtors' counsel indicated that the Debtors would need to seek an extension of the December 13th filing deadline, and a continuance of the January 13th disclosure statement hearing. Debtors' counsel filed a motion seeking such relief, late on December 10, 2010. (Dkt. 365).

3.   On Sunday, December 12, 2010, Debtors' counsel informed SEC staff, via email, that the Debtors would be withdrawing the motion to continue, and instead, would be filing an amended disclosure statement and plan (prepared over the weekend) on December 13, 2010. That same day, the Debtors withdrew their motion to continue the disclosure statement hearing. (Dkt. 366). On December 13, 2010, the Debtors filed an amended disclosure statement and plan of reorganization without any opportunity for prior review or comment by SEC staff.

4.   The SEC files this statement to make clear that *staff has not yet reviewed the amended disclosure statement and plan of reorganization filed with the Court on December 13, 2010, nor has staff determined whether the amended documents adequately resolve all of the staff's issues and concerns with the disclosure statement and reorganization plan.* Therefore, the SEC reserves all rights to object to the adequacy of the amended disclosure statement and to confirmation of the amended plan.

5.   In addition, the January 13, 2011 hearing is only to consider the adequacy of the amended disclosure statement, and the Court will schedule a plan confirmation hearing, and set a deadline for objecting to plan confirmation, at some later date after a disclosure statement is

approved. The SEC expressly reserves the right to raise any objections to plan confirmation by whatever deadline is set by the Court for filing objections to the amended plan. Failure of the SEC to raise any plan confirmation objections by the January 6, 2011 disclosure statement objection deadline is not intended to constitute a waiver of any objections to plan confirmation.

Dated this 13th day of December 2010.

                                    Respectfully submitted,

                        By: /s/ David W. Baddley
                        David W. Baddley
                        Senior Bankruptcy Counsel
                        U. S. Securities and Exchange Commission
                        Atlanta Regional Office
                        3475 Lenox road, N.E., Suite 1000
                        Atlanta, GA 30326-1232
                        Tel: (404) 842-7625
                        baddleyD@sec.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all ECF Participants via Notice of Electronic Filing, this 13th day of December, 2010.

/s/ David W. Baddley