

ORDERED in the Southern District of Florida on January 10, 2011.

Erik P. Kimball, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| QSGI, INC. | Case No.: 09-23658-EPK |
| QSGI-CCSI, INC. | Case No.: 09-23659-EPK |
| QUAL TECH SERVICES GROUP, INC. | Case No.: 09-23660-EPK |
| | (Jointly Administered) |
| Debtor._____/ | |

### ORDER GRANTING DEBTOR-IN-POSSESSIONS' APPLICATION FOR EMPLOYMENT OF JUAN P. BAUTA, II, AND THE FERRARRO LAW FIRM, P.A. AS SPECIAL COUNSEL NUNC PRO TUNC TO NOVEMBER 18, 2010

THIS MATTER came before the Court on Tuesday, December 28, 2010 at 11:00 a.m. in West Palm Beach, Florida, upon Debtors-in-Possession QSGI, Inc., QSGI-CCSI, Inc. and Qual Tech Services Group, Inc.'s (collectively, the "Debtors") Application for Employment of Juan P. Bauta, II, Esq., as Special Counsel *Nunc Pro Tunc* to November 18, 2010 (D.E. # 357). The Court having reviewed the Application, and upon the affidavit of Juan P. Bauta, II, Esq., of the Ferrarro Law Firm, P.A., and upon the representations that Juan P. Bauta, II, Esq., is duly qualified, holds no interest adverse to the estate in the matters upon which they are engaged and

that Juan P. Bauta, II, Esq., and The Ferrarro Law Firm, P.A., are disinterested persons as required by 11 U.S.C. §327(a), and have disclosed any connections with the parties as set forth in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interest of the estate, it is :

    **ORDERED** and **ADJUDGED** that:

    1.    The Debtors' Application is **GRANTED**.

    2.    The Debtors are hereby authorized to retain the services of Juan P. Bauta, II, Esq., and The Ferrarro Law Firm, P.A. (collectively the "Special Counsel") as Special Counsel *nunc pro tunc* to November 18, 2010.

    3.    Juan P. Bauta, II, Esq. and The Ferrarro Law Firm, P.A. shall not retain any third party professionals without Court approval.

    4.    Juan P. Bauta, II, Esq., and The Ferrarro Law Firm, P.A. shall be compensated for its services and costs upon the filing of the appropriate fee application and approval of same by this Court.

###

**Submitted by:**
Michael A. Kaufman, P.A.
Proposed Counsel for Debtors
1655 Palm Beach Lakes Boulevard, Suite 1012
West Palm Beach, Florida 33401
561-478-2878 – Telephone
561-584-5555- Facsimile

The Movant is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.