IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

In re:

QSGI, INC.,
QSGI-CCSI, INC., and
QUALTECH SERVICES GROUP, INC.,

Debtors.
_____/

Chapter 11

Case No.: 09-23658-EPK
Case No.: 09-23659-EPK
Case No.: 09-23660-EPK
Jointly Administered
Consolidated
Lead Case: QSGI, Inc.

## NOTICE OF FILING OF EFFECTIVE DATE OF PLAN

COMES NOW, Michael A. Kaufman, Esq. of Michael A. Kaufman, P.A. hereby files a Notice of Filing of the Effective Date of the Third Plan of Reorganization (the "Plan") (DE 384). The Effective date of the Plan is June 17, 2011. Attached to this Notice is a copy of the Share Exchange Agreement by and among QSGI, Inc., Krusecom, Inc. and The Krusecom, Inc.'s Shareholders.

Respectfully submitted,

_____
Marc Sherman, CEO – QSGI, Inc.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF Noticing Service to all parties registered to receive notice in this case.

Dated: June 17, 2011
West Palm Beach, Florida

Respectfully submitted,

**MICHAEL A. KAUFMAN, P.A.**
*Attorney for Debtors*

By: _____
Michael A. Kaufman, Esq.
1655 Palm Beach Lakes Boulevard, Suite 1012
West Palm Beach, Florida 33401
Email: michael@mkaufmanpa.com
Telephone: (561) 478-2878
Facsimile: (561) 584-5555